AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:23-CR-00036-HSG |
| CHYNNA LACHAE CROSBY ) | |
| ) | |
| _Defendant_ ) | |

FILED
FEB -7 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/08/2023

_Defendant's signature_

_Signature of defendant's attorney_

John Paul Reichmuth, AFPD
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Donna M. Ryu, United States Magistrate Judge
_Judge's printed name and title_