| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:   (510) 637-3500 |
| 6 | Facsimile:    (510) 637-3507<br>Email:         John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant CROSBY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  | Case No.: CR 23–00036- HSG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EVIDENTIARY SENTENCING HEARING**  (as modified) |
| v. | |
| CHYNNA  CROSBY, | |
| Defendant. | |

The parties hereby STIPULATE that the EVIDENTIARY SENTENCING HEARING now scheduled for February 21, 2024 at 11:00 AM be continued to March 6, 2024 at 11:00 AM.  The parties further STIPULATE that the noticed expert witnesses may appear via video-teleconference on that date and neither party will object to the testimony of either witness on the basis that it is not in-person. The defendant specifically waives any objection to the Court resolving any factual issues that arise based on the presentation of video versus in person testimony.

The reason for this request is that the proposed expert to be called by the defense developed a scheduling conflict with the presently scheduled date related to another trial.  The parties

met and conferred with the proposed experts and parties who wish to attend the proceeding and concluded that a March 6, 2024 hearing with video-teleconference (Zoom or the equivalent) testimony from both witnesses best accommodates all parties and the interests of justice.

The parties further jointly request that the hearing be accessible via zoom or the equivalent for members of the public, specifically the decedent's family, that wish to observe the hearing.

Dated:   February 20, 2024

ISMAIL J, RAMSEY
United States Attorney

By:   _____/S_____
MAYA KARWANDE
Assistant United States Attorney

Dated:   February 20, 2024

JODI LINKER
Federal Public Defender

_____/S_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

## ORDER

For the reasons stated in defense's unopposed motion, it is ORDERED that the EVIDENTIARY SENTENCING HEARING now scheduled for February 21, 2024 at 11:00 AM be continued to March 6, 2024 at 11:00 AM.

It is further ORDERED that, based on the STIPULATION of the parties and their agreement to not object to such testimony on the basis that it is not in-person, the noticed expert witnesses may appear via video-teleconference.

IT IS SO ORDERED.

DATED: Feb. 20, 2024

Hon. HAYWOOD S. GILLIAM, JR.
United States District Judge